PER CURIAM.

(No. 74-CC-89—Claimant )

J. F. CARNEY, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed November 13, 1973.*

J. F. CARNEY, M.D., Claimant, pro se.

120

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-99—Claimant )

GERALD J. RABIN, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 13, 1973.*

GERALD J. RABIN, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.